Appendix A

United States Courts
Southern District of Texas
FILED

DEC 0 2 2022

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
__Houston__ DIVISION

__Kathleen Maldonado__ §
 §
versus §
 § CIVIL ACTION NO. _____
__Omnova Solutions__ § EEOC Charge #
__13347 Pike Rd__ § 460-2022-04028
__Stafford TX 77477__ §

EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: __Kathleen Maldonado__

   Address: __12700 Stafford Rd. #137 Stafford TX 77477__

   County of Residence: __Harris__

3. The defendant is: __Jeff Chappel / Matt Orr__

   Address: __13347 Pike Rd Stafford TX 77477__

☐ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on __5-27-22__ with the Equal Opportunity Commission.

5. On the date of __Aug 31, 22__, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

    (a) ☐ race

    (b) ☐ color

    (c) ☐ sex

    (d) ☐ religion

    (e) ☐ national orgin,

the defendant has:

    (a) ☐ failed to employ the plaintiff

    (b) ☐ terminated the plaintiff's employment

    (c) ☐ failed to promote the plaintiff

    (d) ☐ other: _____

7. When and how the defendant has discriminated against the plaintiff:

_____

8. The plaintiff requests that the defendant be ordered:

    (a) ☐ to stop discriminating against the plaintiff

    (b) ☐ to employ the plaintiff

    (c) ☐ to re-employ the plaintiff

    (d) ☐ to promote the plaintiff

[Handwritten across form: N/A; diagonal strike-through line through items 6–8]

(e) ☐ to _____

_____

_____ and that;

(f) ☐ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_____
(Signature of Plaintiff)

Address: _____

_____

Telephone: _____